UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Felix Alberto Acuna Carmona, | Case No. 25-CV-0581 (KMM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Warden, FCI Sandstone, | |
| Respondent. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Douglas L. Micko dated March 14, 2025. R&R, Dkt. 8. Judge Micko recommends that the petition for a writ of habeas corpus filed by petitioner Felix Alberto Acuna Carmona be denied and this action be dismissed. The deadline for objections to the R&R to be filed was March 28, 2025. Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). Mr. Carmona did not file any objections by that deadline, and he has not filed anything since Judge Micko issued the R&R.

When no objections are filed, the Court reviews an R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R and the record in this case, the Court finds no error in the R&R. Accordingly, IT IS HEREBY ORDER THAT:

1. The Report and Recommendation dated March 14, 2025 [Dkt. 8] is ACCEPTED.
2. The petition for a writ of habeas corpus of petitioner Felix Alberto Acuna Carmona [Dkt. 1] is DENIED.

3. This matter is DISMISSED.

**Let Judgment be entered accordingly**.

Date: April 8, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge